CLERK'S OFFICE U.S. DIST COURT
AT ABINGDON, VA
FILED
MAY 17 2007
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| JOE P. HAMILTON, | ) |
| Plaintiff, | ) Case No. 2:06CV00018 |
| v. | ) **FINAL JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | ) By: James P. Jones<br>) Chief United States District Judge |
| Defendant. | ) |

For the reasons set forth in the report and recommendation of the magistrate judge, no objections having been filed thereto, it is **ADJUDGED AND ORDERED** as follows:

1. The magistrate judge's report and recommendations are **accepted**;

2. The final decision of the Commissioner of Social Security ("Commissioner") is **vacated**;

3. The case is **remanded** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further consideration; and

4. The clerk is directed to close the case.

ENTER: May 17, 2007

/s/ James P. Jones
Chief United States District Judge